UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANDREA M. SMITH, | : | Case No. 3:10-cv-13 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael R. Merz |
| vs. | : | |
| | : | |
| GE AVIATION, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE
(Doc. 77); AND (2) DENYING DEFENDANTS' MOTION TO DISMISS (Doc. 71)**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate

Judge reviewed the motion to dismiss filed with this Court, and, on August 31, 2011,

submitted a Report and Recommendations. (Doc. 77). Defendants filed Objections to the

Report and Recommendations (Doc. 78) and Plaintiff responded (Doc. 79).

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter. Upon consideration of the foregoing, the Court does deter-

mine that such Report and Recommendations should be and is hereby adopted in its

entirety; and Defendants Objections to the Report and Recommendations are overruled.

Accordingly, Defendants' motion to dismiss (Doc. 71) is **DENIED**.

**IT IS SO ORDERED**.

Date:  *10/17/11*

Timothy S. Black
United States District Judge