IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANDREA M. SMITH,

       Plaintiff,

vs.

GE AVIATION SYSTEMS, LLC,

       Defendant.

Case No. 3:10-cv-13

Judge Timothy S. Black

## ORDER SETTING SETTLEMENT CONFERENCE

This case is hereby set for settlement conference on **August 6, 2012 at 10:30 a.m.**, at the Potter Stewart U.S. Courthouse, 100 E. 5th Street, Room 815, Cincinnati, Ohio. Judge Black will serve as the facilitator of the settlement conference.

Not later than August 2, 2012 at 5:00 p.m., each party shall submit to the Judge only, and without formal filing with the Clerk, a confidential letter of three pages or less regarding potential settlement, including a statement of the strengths and weaknesses of the case, an assessment of liability and damages, a summary of prior settlement negotiations, if any, and a proposal as to how to settle this case now. These letters will be maintained by the Court separate and apart from the case file, and should be delivered by email (black_chambers@ohsd.uscourts.gov).

Throughout the entirety of this settlement conference, party representatives with complete authority to negotiate a settlement of the case shall be present unless otherwise agreed.

Pursuant to S. D. Ohio Civ. R. 16.3(c), all statements made by the parties relating to the substance or merits of claims or defenses made in the case, whether written or oral, made for the first time during the settlement conference or in the settlement conference statements required above shall be kept confidential by the Court, the parties, and counsel and shall not be admissible in evidence for any reason during the trial of this case.

**IT IS SO ORDERED.**

Date: _____7/17/12_____

Timothy S. Black
United States District Judge