# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

ANDREA M. SMITH,

    Plaintiff,

vs.

Case Number: 3:10-cv-13

Judge Timothy S. Black
Magistrate Judge Michael R. Merz

GE AVIATION SYSTEMS, LLC., *et al.,*

    Defendants.

_____

## CONDITIONAL ORDER OF DISMISSAL
_____

The case having settled in the Court's presence on August 6, 2012;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 14 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.


Dated: 8/7/2012

    *s/ Timothy S. Black*
    Timothy S. Black
    United States District Judge