# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**ANDREA M. SMITH,**

     Plaintiff,

                                       **CASE NO.  3:10-CV-13**

**-vs-**

                                       **Judge Timothy S. Black**
                                     **Magistrate Judge Michael R. Merz**

**UNIVERSITY OF CINCINNATI
INSTITUTE FOR PSYCHIATRY
AND LAW, SCOTT BRESLER and
BRIAN MASTERSON,**

     Defendants.

_____

### JUDGMENT IN A CIVIL CASE
_____

     **[  ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

     **[X ]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that the UC Defendants' Motion for Summary Judgment was **GRANTED** by Order on July 13, 2012, and the parties University of Cincinnati Institute for Psychiatry and Law, Scott Bresler and Brian M. Masterson are **DISMISSED with PREJUDICE** from the docket of the Court.

Date: August 31, 2012                        **JOHN P. HEHMAN, CLERK**

                                         By: _s/ M. Rogers_____
                                         Deputy Clerk